**Richard SCAMPONE, as Executor of the Estate of Madeline Scampone, Respondent**

v.

**HIGHLAND PARK CARE CENTER, LLC, d/b/a Highland Park Care Center, Grane Healthcare Company, Grane Associates, L.P., Trebro, Inc., Petitioners.**

Supreme Court of Pennsylvania.

March 8, 2011.

***ORDER***

PER CURIAM.

**AND NOW,** this 8th day of March, 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the Superior Court erred in applying the corporate negligence theory, initially adopted by this Court in *Thompson v. Nason Hospital,* 527 Pa. 330, 591 A.2d 703 (1991), to a skilled nursing facility and the healthcare company responsible for its operations?